DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  <br>  Plaintiff,  <br>  <br>  vs.  <br>  <br> ANUSKA NANALOOK, SARAH NANALOOK CATELONE, WASSILLIE TUGATUK, SR., ALEX TUGATUK, LUCY CHYTHLOOK, AND GUST TUGATUK,  <br>  <br>  Defendants. | Case No. 3:06-cv-  <br>  <br>  <br>  <br>  <br>  <br> **COMPLAINT** |

    1.    This is an action brought by the Plaintiff, the United States of

America, on behalf of an Alaska Native, Akafia Pat, for injunctive relief and the recovery of damages for willful and wrongful trespass.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1345. The United States has authority to represent Ms. Pat's interests under 25 U.S.C. § 175.

3. Venue is appropriate because both the land which is the subject matter of this action and the Defendants are located within the District of Alaska.

4. The land which is the subject of this action is located on the westerly shore of Nushagak Bay, south of the mouth of the Igushik River and approximately 13½ miles southwest of the village of Ekuk, Alaska. The legal description and maps are attached as Exhibit 1.

5. On October 27, 1971, Ms. Pat acquired equitable title to two 80 acres tracts of land near Ekuk, Alaska under the Alaska Native Allotment Act of 1906 by filing an application, which was assigned Bureau of Land Management ("BLM") Serial No. AA-7840, and evidence of occupancy with the U. S. Department of Interior.

6. The BLM issued a Certificate of Native Allotment for these tracts to Ms. Pat on August 6, 1991.

7.     Since about 1990, Ms. Pat has been trying to resolve the problem of unauthorized trespass on her land by Defendants and others.  Two parties moved off the land, but several individuals remain, maintaining cabins and other improvements on the property.  These individuals - Anuska Nanalook, Sarah Nanalook Catelone, Wassillie Tugatuk, Sr., Alex Tugatuk, Lucy Chythlook and Gust Tugatuk - have rebuffed repeated attempts by both Ms. Pat and representatives of the Bristol Bay Native Association to negotiate an equitable and amicable resolution to the trespass.

## COUNT I
## TRESPASS

8.     Plaintiff incorporates by reference all foregoing paragraphs 1 - 7.

9.     Alaska Statute AS 09.45.630 provides that a person who has a legal estate in real property and has a present right to the possession of the property may bring an action to recover the possession of the property with damages for withholding it.

10.    Ms. Pat has the legal estate in the property at issue.  Defendants have no legal interest in the property that they have and are occupying without consent.

11.    The Defendants' actions violate AS 09.45.630.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court enter its judgment ordering the Defendants to do the following:

1. To immediately vacate Ms. Pat's land and remove all structures or objects and pollution, known at this time, from the property;

2. To pay compensatory damages for the use and occupancy of her land and her loss of the quiet enjoyment thereof for six years and ninety days, as provided by law.

3. To pay pre-judgment and post judgment interest in an amount not precisely determinable at this time to Ms. Pat for the loss of the use and occupancy and the quiet enjoyment of her land;

4. To award the United States its costs and attorney's fees;

5. To provide any further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED this 26th day of April, 2006,

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053