AA-7840  
Parcels A and B

BOOK 37 PAGE 830  
Bristol Bay Recording District

979 2002

UNITED STATES  
DEPARTMENT OF THE INTERIOR  
BUREAU OF LAND MANAGEMENT  
ALASKA STATE OFFICE  
222 WEST SEVENTH AVENUE, #13  
ANCHORAGE, ALASKA  99513-7599

NATIVE ALLOTMENT

Akafia Pat

IT IS HEREBY CERTIFIED THAT the application AA-7840, filed pursuant to the Act of May 17, 1906, as amended, 43 U.S.C. 270-1 to 270-3 (1970), has been approved pursuant to that Act and Section 905(a)(1) of the Alaska National Interest Lands Conservation Act of December 2, 1980, 43 U.S.C. 1634, for the following-described land:

   Lot 1, U.S. Survey No. 7776, Alaska, situated on the right bank of
   the Igushik River approximately 13 miles northwesterly of Nichols
   Spit.

Containing 79.97 acres, as shown on the plat of survey officially filed December 20, 1990.

   Lot 2, U.S. Survey No. 7799, Alaska, situated on the westerly shore
   of Nushagak Bay southerly of the mouth of the Igushik River
   approximately 13½ miles southwesterly from the village of Ekuk,
   Alaska.

Containing 79.98 acres, as shown on the plat of survey officially filed July 18, 1990.

Aggregating 159.95 acres.

Therefore, let it be known that, pursuant to the said Act of May 17, 1906, as amended, and Section 905(a)(1) of the said Alaska National Interest Lands Conservation Act, the land above-described shall be deemed the homestead of the allottee and her heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress or until the Secretary of the Interior or his delegate, pursuant to the provisions of the said Act of May 17, 1906, as amended, approves a deed of conveyance vesting in the purchaser a complete title to the land.

CERTIFICATE NO. 50-91-0450

BRISTOL BAY RECORDING DISTRICT

EXHIBIT 1

BOOK __37__ PAGE __831__
Bristol Bay Recording District

AA-7840
Parcels <u>A</u> and <u>B</u>

EXCEPTING AND RESERVING TO THE UNITED STATES:

1. A right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 43 U.S.C. 945; and

2. All the oil and gas in the land so allotted, and to it, or persons authorized by it, the right to prospect for, mine, and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of March 8, 1922, as amended, 43 U.S.C. 270-11 and 270-12.



Mary Jane Piggott
Chief, Branch of Southwest Adjudication

Dated at ANCHORAGE, ALASKA

on __AUGUST 6 1991__

Return to:  Bristol Bay Native Association
            Realty Department
            P.O. Box 310
            Dillingham, Alaska   99576

            Akafia Pat
            General Delivery
            Manokotak, Alaska   99628

979 2002

91 AUG -9 PM 1:32
BUREAU OF INDIAN AFFAIRS
JUNEAU AREA OFFICE

RECORDED
AK TITLE SERVICES CENTER

91-635

RECORDED - FILED 18
BRISTOL BAY REC. DIST.
DATE 9-6 19 91
TIME 9:45 A M
Requested by B. BAY NAT. ASSOC
Address

CERTIFICATE NO. __50-91-0450__

BRSITOL BAY RECORDING DISTRICT