N.G.S. "IGUSHIK 1909"
LAT. 58° 45' 52.759" N.
LONG. 158° 54' 49.296" W.
(NAD 27)

FROM W.C.M.C. N. 18° 11' 10" W. 320.39

RETRACEMENT S. 40° 00' W. 6.47

U.S.S. 7594 (3)

W.C.M.C. S. 40° 00' W. 1.97

U.S. SURVEY No. 7799
WOOD FRAME BUILDINGS AND FISH RACKS

SOUTH 6.40

2-2

1   4.99

3   4   W.C.M.C. WEST 0.78

EAST 6.58

FROM W.C.M.C. TO W.C.M.C. N. 30° 38' W. 61.17

(2)   U.S. SURVEY No. 7?

RETRACEMENT

3   WEST   9.02   2   WEST

45.00

NUSHAGAK BAY

U.S. SUR
No. 77?
4
159.96

EAST 31.71

3   4   W.C.M.C. WEST 0.46

20.00

U.S. SURVEY
No. 7799
2
79.98

WOOD FRAME BUILDINGS AND FISH RACKS

NORTH

2   WEST 46.54   1   W.C.M.C. WEST 2.54

SOUTH

3   EAST

FROM W.C.M.C. TO W.C.M.C. N. 22° 58' W. 40.73

ST   77.37
W.P.   44.62   W.C.M.C. WEST 0.87

U.S. SURVEY No. 7799
5
159.95

WOOD FRAME BUILDINGS AND FISH RACKS

NUSHAGAK

AST   82.41   4
39.92   4   32.49   1   10.00   W.C.M.C.



