AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ ALASKA _____

UNITED STATES OF AMERICA

V.

ANUSKA NANALOOK, SARAH NANALOOK CATELONE, WASSILLIE TUGATUK, SR., ALEX TUGATUK, LUCY CHYTHLOOK, AND GUST TUGATUK,   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:06-cv- 91-RRB

TO: (Name and address of Defendant)

WASSILLIE TUGATUK, SR.
P O BOX 189
MANAKOTAK, AK  99628

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SUSAN J. LINDQUIST
ASSISTANT UNITED STATES ATTORNEY
222 WEST 7TH STREET, ROOM 253
ANCHORAGE, AK  99513-7567

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                                                 5-1-06
CLERK                                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  5/8/06 |
| NAME OF SERVER (PRINT)  K. Joy McCulloch | TITLE  Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: Summons served on Wassillie Tugatuk, Jr. (wrong person signed for Complaint and Summons)

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/28/06
              Date

Signature of Server: K Joy McCulloch

222 West 7th Ave., #9, Rm 253
Anchorage, AK   99513
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — FEDERAL BLDG ANCHORAGE AK 99513 USPS 2006

7000 0520 0023 4549 0971

Recipient's Name (Please Print Clearly) (To be completed by mailer)
WASSILLIE TUGATUK, SR.
P O BOX 189
MANAKOTAK, AK 99628

PS Form 3800, February 2000    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WASSILLIE TUGATUK, SR.
P O BOX 189
MANAKOTAK, AK 99628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Wassillie Tugatuk Jr.
C. Date of Delivery: 5/8/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0023 4549 0971

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509