AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      ALASKA

UNITED STATES OF AMERICA

V.

ANUSKA NANALOOK, SARAH
NANALOOK CATELONE, WASSILLIE
TUGATUK, SR., ALEX TUGATUK,
LUCY CHYTHLOOK, AND GUST
TUGATUK,    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:06-cv-91-RRB

TO: (Name and address of Defendant)

    SARAH NANALOOK CATELONE
    c/o Anchor Arms Motel
    433 Eagle Street
    Anchorage, AK 99501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    SUSAN J. LINDQUIST
    ASSISTANT UNITED STATES ATTORNEY
    222 WEST 7TH STREET, ROOM 253
    ANCHORAGE, AK 99513-7567

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK            5-1-06

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-5-06   12:30 PM |
| NAME OF SERVER (PRINT) BRIAN HOWARD | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $15.00 | SERVICES $35.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-5-06
             Date                      Signature of Server

645 'G' St. Ste 100 #585
Address of Server
AK 99501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2006,
a copy of the foregoing Summons and Return of
Service was served by regular U. S. Mail on:

Anuska Nanalook
Box 12
Manokotak, AK 99628

Sarah Nanalook Catelone
P O Box 51121
Akiachak, AK 99551

Wassillie Tugatuk, Sr.
P O Box 189
Manakotak, AK 99628

Alex Tugatuk
810 E. 42nd Avenue
Anchorage, AK 99503

Lucy Chythlook
P O Box 15
Aleknagik, AK 99555

Gust Tugatuk
P O Box 37
Manokotak, AK 99628


s/ Susan J. Lindquist