%AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ ALASKA

UNITED STATES OF AMERICA

V.

ANUSKA NANALOOK, SARAH
NANALOOK CATELONE, WASSILLIE
TUGATUK, SR., ALEX TUGATUK,
LUCY CHYTHLOOK, AND GUST
TUGATUK,          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-cv-91-RRB

TO: (Name and address of Defendant)

GUST TUGATUK
General Delivery
Manakotak, Ak 99628

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SUSAN J. LINDQUIST
ASSISTANT UNITED STATES ATTORNEY
222 WEST 7TH STREET, ROOM 253
ANCHORAGE, AK  99513-7567

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                          5-1-06

CLERK                                               DATE

_(signature)_

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE May 6, 2006 |
| NAME OF SERVER *(PRINT)* K. Joy McCulloch | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent certified mail, return receipt requested.

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 12, 2006
                    Date

Signature of Server:  *K Joy McCulloch*

222 West 7th Ave., #9, Rm. 253
Anchorage, AK  99513-7567
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here: FEDERAL OFFICE BLDG ANCHORAGE, MAY 1, 2006

Recipient's Name *(Please Print Clearly) (To be completed by mailer)*
GUST TUGATUK
Street, Apt. GENERAL DELIVERY
City, State, MANAKOTAK, AK 99628

PS Form 3800, February 2000        See Reverse for Instructions

Article number: 7000 5454 2200 0520 0000 (label stripe)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GUST TUGATUK
GENERAL DELIVERY
MANAKOTAK, AK 99628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Gust Tugatuk*    ☐ Agent  ☒ Addressee

B. Received by *(Printed Name)*: Gust Tugatuk
C. Date of Delivery: 5-6-06

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

P.O. Box 37
Manokotak, AK 99628

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Transfer from service label)*: 7000 0520 0023 4549 0933

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-2509

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2006,
a copy of the foregoing Summons and Return of
Service was served by regular U. S. Mail on:

Anuska Nanalook
Box 12
Manokotak, AK 99628

Sarah Nanalook Catelone
P O Box 51121
Akiachak, AK 99551

Wassillie Tugatuk, Sr.
P O Box 189
Manakotak, AK 99628

Alex Tugatuk
810 E. 42nd Avenue
Anchorage, AK 99503

Lucy Chythlook
P O Box 15
Aleknagik, AK 99555

Gust Tugatuk
P O Box 37
Manokotak, AK 99628


s/ Susan J. Lindquist