Christopher R. Cooke, Esq.
Cooke, Roosa & Valcarce, LLC
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  907-276-2744
Facsimile:  907-276-2746
Email: Chris@Bushlawyers.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                    )<br>                                                                    )<br>                                       Plaintiff,      )<br>                        vs.                                  )<br>                                                                    )<br>ANUSKA NANALOOK, SARAH            )<br>NANALOOK CATELONE, WASSILLIE  )<br>TUGATUK, SR., ALEX TUGATUK, LUCY )<br>CHYTHLOOK and GUST TUGATUK,     )<br>                                                                    )<br>                                       Defendants. )<br>_____) | Case No.  3:06-cv-91-RRB<br><br>**ENTRY OF APPEARANCE** |

  The law firm of COOKE, ROOSA & VALCARCE, LLC enters its appearance as counsel for defendants in the above-entitled action.  All correspondence and pleadings should be served upon Christopher R. Cooke at 3700 Jewel Lake Road, Anchorage, Alaska  99502, (907) 276-2744; chris@bushlawyers.com.

ENTRY OF APPEARANCE
3:06-cv-91-RRB            1

DATED at Anchorage, Alaska, this 30th day of August, 2006.

        COOKE, ROOSA, & VALCARCE, LLC
        Attorneys for Defendants

        By:  s/ Christopher R. Cooke
           Cooke, Roosa & Valcarce, LLC
           3700 Jewel Lake Road
           Anchorage, Alaska  99502
           Phone:  (907) 276-2744
           Fax:     (907) 276-2746
           E-mail:  chris@bushlawyers.com
           ABA No. 7011052

CERTIFICATE OF SERVICE

I, certify that I am authorized agent of the law offices of Cooke, Roosa, & Valcarce, LLC, and that on the 30th day of August, 2006, I caused a true and correct copy of the foregoing document to be served on:

Susan J. Lindquist, Esq., Asst. U.S. Attorney
U.S. Dept. of Justice  District of Alaska
222 West 7th Avenue, #9  Room 253
Anchorage, AK  99513-7567

s/Christopher R. Cooke