Christopher R. Cooke, Esq.
Cooke, Roosa & Valcarce, LLC
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  907-276-2744
Facsimile:  907-276-2746
Email: Chris@Bushlawyers.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  3:06-cv-91-RRB |
| Plaintiff, ) | |
| vs. ) | ANSWER TO COMPLAINT |
| ) | |
| ANUSKA NANALOOK, SARAH ) | |
| NANALOOK CATELONE, WASSILLIE ) | |
| TUGATUK, SR., ALEX TUGATUK, LUCY ) | |
| CHYTHLOOK and GUST TUGATUK, ) | |
| ) | |
| Defendants. ) | |

      COMES NOW, Defendants Anuska Nanalook, Sarah Nanalook Catelone, Wassillie Tugatuk, Sr., Alex Tugatuk, Lucy Chythlook and Gust Tugatuk, in the above-entitled action, by and through their attorney of record, CHRISTOPHER R. COOKE, and in answer to Plaintiff's Complaint, admits, denies and alleges as follows:

    1.    Paragraph 1 of the Complaint contains legal opinions and conclusions to which no answer is required.

2.  Paragraph 2 of the Complaint contains legal opinions and conclusions to which no answer is required.

3.  The allegations in paragraph 3 are admitted.

4.  The allegations in paragraph 4 are admitted.

5.  The allegations in paragraph 5 are denied.

6.  The allegations in paragraph 6 are admitted.

7.  Defendants deny that they have engaged in unauthorized trespass on any land belonging to Ms. Pat and they deny the other allegations of Paragraph 7.

8.  Defendants incorporate and re-allege their responses to Paragraphs 1 through 7 above.

9.  Paragraph 9 of the Complaint contains legal opinions and conclusions to which no answer is required.

10. In response to Paragraph 10, Defendants deny that they have and are occupying the property at issue without consent.

11. The allegations in paragraph 11 are denied.

### AFFIRMATIVE DEFENSES

1.  The Complaint fails to state a claim upon which relief may be granted.

2.  The Complaint is barred by the statute of limitations.

3.  The Complaint is barred by the doctrine of latches.

4.  The Complaint is barred by the doctrine of accord and satisfaction

5.  The Complaint is barred by the doctrine of waiver and estoppel.

6.  The legal title claimed by the real party in interest, Ms. Pat, was obtained

by fraud.

    7.    The Plaintiff's real part in interest has failed to mitigate her damages.

    8.    The Complaint is barred by the customary law and the traditions of the native people of Manokotak, Alaska.

WHEREFORE, Defendants pray for the following relief:

    1.    That the Complaint be dismissed with prejudice and that Plaintiff take nothing by it.

    2.    That Defendants be awarded their costs and attorney's fees incurred in defending this litigation.

    3.    For such other and further relief as the Court deems just and equitable.

DATED at Anchorage, Alaska, this 30th day of August, 2006.

    COOKE, ROOSA, & VALCARCE, LLC
    Attorneys for Defendants

    By: s/ Christopher R. Cooke
        Cooke, Roosa & Valcarce, LLC
        3700 Jewel Lake Road
        Anchorage, Alaska  99502
        Phone:  (907) 276-2744
        Fax:     (907) 276-2746
        E-mail:  chris@bushlawyers.com
        ABA No. 7011052

CERTIFICATE OF SERVICE

I, certify that I am authorized agent of the law offices of Cooke, Roosa, & Valcarce, LLC, and that on the 30th day of August, 2006, I caused a true and correct copy of the foregoing document to be served on:

Susan J. Lindquist, Esq., Asst. U.S. Attorney
U.S. Dept. of Justice  District of Alaska
222 West 7th Avenue, #9  Room 253
Anchorage, AK  99513-7567

s/Christopher R. Cooke

ANSWER TO COMPLAINT
3:06-cv-91-RRB                            3