NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00091-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **SCHEDULING AND PLANNING** |
| vs. | ) | **CONFERENCE REPORT** |
| | ) | |
| ANUSKA NANALOOK, | ) | |
| SARAH NANALOOK | ) | |
| CATELONE, WASSILLIE | ) | |
| TUGATUK, SR., ALEX | ) | |
| TUGATUK, LUCY CHYTHLOOK, | ) | |
| AND GUST TUGATUK, | ) | |
| | ) | |
| Defendants. | ) | |

1.  **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on

September 6, 2006, and was attended by:

Susan Lindquist, attorney for the United States.

Christopher Cooke, attorney for defendants, Anuska Nanalook, Sarah Nanalook Catelone, Wassillie Tugatuk, Sr., Alex Tugatuk, Lucy Chythlook, and Gust Tugatuk.

The parties recommend the following:

2. **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

☐ have been exchanged by the parties

☒ will be exchanged by the parties by ☒ October 20, 2006.

Preliminary witness lists

☐ have been exchanged by the parties

☒ will be exchanged by the parties by October 20, 2006.

Proposed changes to disclosure requirements:

3. **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

1. Whether Defendants had permission to occupy the property of Akafia Pat.

2. Whether Defendants detrimentally relied on a promise made by Ms. Pat or her authorized agent.

U S v Nanalook
3:06-cv-91-RRB                                              -2-

3. Whether Ms. Pat induced the Defendants to give up any claim or objections to her allottment application.

4. Was there any agreement to pay rent?

5. What is a reasonable amount of rent?

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

See above.

B. All discovery commenced in time to be completed by **May 1, 2007**.

C. Discovery

1. Interrogatories.

X  No change from F.R.Civ.P. 33(a)

☐ Maximum of (**number**) Interrogatories by each party to any other party. Responses due in (**number**) days.

2. Requests for Admissions.

☐ No change from F.R.Civ.P. 36(a).

☒ Maximum of 50 requests. Responses due in (30)days.

3. Depositions.

☒ No change from F.R.Civ.P. 30(a), (d).

☐ Maximum of (***number***) depositions by each party.

☐ Depositions not to exceed (***number***) hours unless extended by agreement of all parties.

D. Reports from retained experts.

☒ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

☐ Reports due:

From plaintiff (***date***)   From defendant (***date***)

E. Supplementation of disclosures and discovery responses are to be made:

☒ Periodically at 60-day intervals from the entry of scheduling and planning order.

☐ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

☒ 45 days prior to the close of discovery.

☐ Not later than (*insert date*)

5. **Pretrial Motions**.

☒ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c).

☒ Motions to amend pleadings or add parties to be filed not later than **November 1, 2006**.

☐ Motions under the discovery rules must be filed not later than May 18, 2007.

☐ Motions in limine and dispositive motions must be filed not later than **June 1, 2007**.

6. **Other Provisions**:

A. ☒ The parties do not request a conference with the court before entry of the scheduling order.

☐ The parties request a scheduling conference with the court on the following issue(s):

B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

☐ This matter is not considered a candidate for court-annexed alternative

☐ The parties will file a request for alternative dispute resolution not later than **May 1, 2007.**

☐ Mediation    ☐ Early Neutral Evaluation

C. The parties ☐ do ☒ not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

☐ All parties have complied    ☒ Compliance not required by any party

7. **Trial**.

A. The matter will be ready for trial: **August 2007**.

☐ 45 days after the discovery close date.

☐ not later than (*date*).

B. The matter is expected to take **(2) days** to try.

C. Jury Demanded: ☐ Yes ☒ No

Right to jury disputed? ☐ YES    ☒ NO

Dated: September 22, 2006.

        NELSON P. COHEN
        United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        Attorney for Plaintiff, United States
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053


        /s Christopher Cooke (consent)
        By: Christopher Cooke
        Attorney for Anuska Nanalook, Sarah Nanalook Catelone, Wassillie Tugatuk, Sr., Alex Tugatuk, Lucy Chythlook, and Gust Tugatuk
        Cooke, Roose & Valcarce, LLC
        3700 Jewel Lake Road
        Anchorage, AK 99502
        Phone: (907) 276-2744
        Fax: (907) 276-2746
        AK #7011052