NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-91-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANUSKA NANALOOK, ) | **UNITED STATES' NOTICE OF** |
| SARAH NANALOOK ) | **SETTLEMENT** |
| CATELONE, WASSILLIE ) | |
| TUGATUK, SR., ALEX ) | |
| TUGATUK, LUCY CHYTHLOOK, ) | |
| AND GUST TUGATUK, ) | |
| ) | |
| Defendants. ) | |

The United States, through counsel, notifies the court that the case has

settled.  The parties are working on the final paper work.  The government expects

that it will stipulate to dismiss each defendant when he or she has fulfilled the terms of the agreement. It is expected that it will take until early September for all defendants to satisfy the terms of the agreement. The parties request that they be excused from certifying readiness for trial. The parties request that the court require government counsel to either dismiss the defendants or file a status report on September 4, 2007. A proposed order has been attached.

RESPECTFULLY SUBMITTED this 30th day of May, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007,
a copy of the foregoing **UNITED STATES'
NOTICE OF SETTLEMENT** was served
electronically on Christopher R. Cooke.

s/ Susan J. Lindquist