IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,            )<br>                              )<br>  vs.                         )<br>                              )<br> ANUSKA NANALOOK,             )<br> SARAH NANALOOK               )<br> CATELONE, WASSILLIE          )<br> TUGATUK, SR., ALEX           )<br> TUGATUK, LUCY CHYTHLOOK,     )<br> AND GUST TUGATUK,            )<br>                              )<br>        Defendants.           ) | Case No. 3:06-cv-91-RRB<br><br>[Proposed]<br>**ORDER TO DISMISS CASE OR FILE A STATUS REPORT BY SEPTEMBER 4, 2007** |

The United States, through counsel, notified the court that the case has settled. In light of the notice of settlement, the parties are excused from certifying readiness for trial. The court orders government counsel to either dismiss the defendants or file a status report on September 4, 2007.

Date: _____                    _____
                                          Ralph R. Beistline
                                          United States District Judge