IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-91-RRB |
| Plaintiff, | ) |
| vs. | ) |
| ANUSKA NANALOOK, SARAH NANALOOK CATELONE, WASSILLIE TUGATUK, SR., ALEX TUGATUK, LUCY CHYTHLOOK, AND GUST TUGATUK, | ) [Proposed] **ORDER TO DISMISS CASE OR FILE A STATUS REPORT BY SEPTEMBER 4, 2007** |
| Defendants. | ) |

The United States, through counsel, notified the court that the case has settled. In light of the notice of settlement, the parties are excused from certifying readiness for trial. The court orders government counsel to either dismiss the defendants or file a status report on September 4, 2007.

Date: 5/31/07            S/RRB
                         Ralph R. Beistline
                         United States District Judge