NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-91-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **UNITED STATES' STATUS** |
| ) | **REPORT** |
| ANUSKA NANALOOK, ) | |
| SARAH NANALOOK ) | |
| CATELONE, WASSILLIE ) | |
| TUGATUK, SR., ALEX ) | |
| TUGATUK, LUCY CHYTHLOOK, ) | |
| AND GUST TUGATUK, ) | |
| ) | |
| Defendants. ) | |

   The United States, through counsel, reports that four of the six defendants

have completed the terms of the settlement agreement.  The government is

awaiting completion by the remaining two Defendants before dismissing the case. As these defendants live in remote Alaska it is unlikely that they can complete the terms of the agreement until fishing season provides an income. Thus the government aks for an extended period, until July 31, 2008, to accommodate the Defendants. The government has lodged an order.

  RESPECTFULLY SUBMITTED February 26, 2008, in Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          s/ Susan J. Lindquist
          Assistant U. S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-3378
          Fax: (907) 271-2344
          E-mail: susan.lindquist@usdoj.gov
          AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008, a copy of the foregoing **UNITED STATES' STATUS REPORT** was served electronically on Christopher R. Cooke.

s/ Susan J. Lindquist