IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-91-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANUSKA NANALOOK, ) | **[PROPOSED] ORDER** |
| SARAH NANALOOK ) | |
| CATELONE, WASSILLIE ) | |
| TUGATUK, SR., ALEX ) | |
| TUGATUK, LUCY CHYTHLOOK, ) | |
| AND GUST TUGATUK, | |
| Defendants. | |

Based on the United States' Status Report, it is ORDERED that the Plaintiff shall have an extension until July 13, 2008 to dismiss the case or otherwise file a status report in this matter.


Dated: _____     _____
                                  Ralph R. Beistline
                                  U.S. District Court Judge