NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-91-RRB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **UNITED STATES' STATUS** |
| | ) **REPORT** |
| ANUSKA NANALOOK, | ) |
| SARAH NANALOOK | ) |
| CATELONE, WASSILLIE | ) |
| TUGATUK, SR., ALEX | ) |
| TUGATUK, LUCY CHYTHLOOK, | ) |
| AND GUST TUGATUK, | ) |
| | ) |
| Defendants. | ) |

The United States, through counsel, reports that plaintiff's counsel,

Attorney Cooke, reported that he is attempting for the third time to contact his

client, Wassillie Tugatuk Sr., who lives in remote Alaska, about paying his

settlement amount.  The other defendants have paid the settlement amount.

Counsel expects that this matter can be finalized in two months.  The government

aks for an extended period, until September 30, 2008, to report to the court

whether the settlement has been completely accomplished.  The government has

lodged an order for the court's use.

    RESPECTFULLY SUBMITTED July 31, 2008, in Anchorage, Alaska.


                            NELSON P. COHEN
                            United States Attorney

                            s/ Susan J. Lindquist
                            Assistant U. S. Attorney
                            222 West 7th Ave., #9, Rm. 253
                            Anchorage, AK 99513-7567
                            Phone: (907) 271-3378
                            Fax: (907) 271-2344
                            E-mail: susan.lindquist@usdoj.gov
                            AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008,
a copy of the foregoing **UNITED STATES'**

**STATUS REPORT** was served electronically
on Christopher R. Cooke.


s/ Susan J. Lindquist